IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES HEAD,

    Plaintiff,                                       No. CIV S-09-2138 FCD EFB P

    vs.

SACRAMENTO COUNTY JAIL,                     ORDER

    Defendants.

_____/

        Plaintiff is a pretrial detainee, currently housed in the Sacramento County Jail, attempting to bring an action pursuant to 42 U.S.C. § 1983 without counsel. On August 11, 2009, the court found that plaintiff had failed to submit the required filing fee under 28 U.S.C. § 1914(a) or the application to proceed without prepayment of fees and costs under 28 U.S.C. § 1915(a). The court further found that, although plaintiff had filed a motion for temporary restraining order, he had not filed a complaint as required by Federal Rule of Civil Procedure 3. The court granted plaintiff thirty days to file a complaint and either an application to proceed in forma pauperis ("IFP") or the requisite filing fee.

        The thirty-day period has passed and plaintiff has not filed a complaint, the required filing fee or IFP application or otherwise responded to the court's order. Accordingly, this

/////

1

1  action is dismissed without prejudice. <u>See</u> 28 U.S.C. § 1914(a), 1915(a); Fed. R. Civ. P. 3,
2  41(b); Local Rule 11-110.
3       IT IS SO ORDERED.
4  DATED: October 8, 2009.

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE